**PROB 12A**
**(7/93)**



## United States District Court
### for
### District of New Jersey
### Report on Offender Under Supervision

Name of Offender: **PAUL JAMES ROCHE**    Docket Number: 94-00288-004

Name of Sentencing Judicial Officer: Maryanne Trump Barry, United States District Judge

Date of Original Sentence: October 24, 1994

Original Offense: (Count Three) Conspiracy to Distribute and Possess with Intent to Distribute 32 Gallons of Phenyl-2-Propanone ("P2P"), a Class C Felony, 21 U.S.C. § 846 [21 U.S.C. § 841(a)(1)]

Original Sentence: Custody of the Bureau of Prisons for a term of One-hundred-thirty-five (135) months; Three (3) Years Supervised Release; $50.00 Special Assessment (Paid); $17,500.00 Fine ($7,010.00 Balance). The following special condition was imposed: (1) Alcohol Testing/Alcohol Treatment, if Directed by U.S. Probation.

Type of Supervision: Supervised Release    Date Supervision Commenced: April 1, 2004

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a fine restitution in the amount of $17,500.00, it shall be paid in the following manner: on a schedule determined by U.S. Probation.**'

As of November 17, 2006, the offender's fine balance is $7,010.00. During the term of supervised release, the offender has consistently made monthly payments. Since May, 2004, he has been making monthly payments of $250.00.

U.S. Probation Action

Mr. Roche is retired and collects monthly social security. He has reported as directed and complied with his conditions. The probation office has monitored the offender's conduct and financial condition throughout his term of supervision and contends the offender has paid the fine to the best of his ability.

It is recommended that the offender's supervised release be allowed to expire on March 31, 2007, despite the fine balance owed of $7,010.00. The Court will note that the Restitution Act of 1996 is applicable in this case. Therefore, the U.S. Attorney's Office Financial Litigation Unit will maintain

collection of the fine for twenty years from Mr. Roche's release from imprisonment. Our office has notified the U.S. Attorney's Office Financial Litigation Unit of our proposed action.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: John L. Paccione
U.S. Probation Officer
Date: 12/18/06

APPROVED:

_____  12/20/06
RICHARD A. GALLO          Date
Supervising U.S. Probation Officer

[ ✓ ] Offender to terminate from supervised release, as scheduled, on March 31, 2007, and the U.S. Attorney Office's Financial Litigation Unit will maintain collection of the fine owed in this case.

[  ] Other : _____

_____
Signature of Judicial Officer

January 3, 2007
Date